■ In the Matter of the Arbitration between COUNTY OF ERIE and ERIE COMMUNITY COLLEGE, Respondents, and FACULTY FEDERATION OF ERIE COMMUNITY COLLEGE, Appellant. [24 NYS3d 562]—Appeal from an order of the Supreme Court, Erie County (Timothy J. Walker, A.J.), entered June 6, 2014 in a proceeding pursuant to CPLR article 75. The order granted the petition and vacated the award of an arbitrator.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on January 4, 2016,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Centra, J.P., Peradotto, Lindley and Whalen, JJ. ■

■ KEITH CONRAD et al., Respondents-Appellants, v LOCKPORT CITY SCHOOL DISTRICT et al., Appellants-Respondents. [24 NYS3d 561]—Appeals and cross appeal from an order of the Supreme Court, Niagara County (Ralph A. Boniello, III, J.), entered October 30, 2014. The order, among other things, denied in part defendants' motions for summary judgment and denied plaintiffs' cross motion for summary judgment.

Now, upon the stipulation of discontinuance signed by the attorneys for the parties on September 16, 2015, and filed in the Niagara County Clerk's Office on December 9, 2015,

It is hereby ordered that said appeals and cross appeal are unanimously dismissed without costs upon stipulation. Present—Smith, J.P., Peradotto, Lindley, Valentino and DeJoseph, JJ.